# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0013.  ANTONIO ROBINSON v. THE STATE.**

In 1996, Antonio Robinson pled guilty to three counts of armed robbery, and the trial court sentenced him to life in prison.  We affirmed the denial of his motion for an out-of-time appeal in 2014.  See *Robinson v. State*, No. A14A0581 (May 16, 2014).

In 2018, Robinson filed two motions to dismiss his indictment and a motion for an extension of time to file a notice of appeal from a prior order.  The trial court dismissed all three motions in orders entered on October 15, 2018.  Robinson sought appellate review of the October 2018 orders by filing both a direct appeal – which has been docketed as the instant case, No. A20A0013 – and an application for discretionary review.  We dismissed Robinson's discretionary application on grounds that, in each of his 2018 motions, Robinson ultimately sought to vacate or modify his judgment of conviction, which is not an appropriate remedy in a criminal case.  See *Robinson v. State*, No. A19D0171 (Nov. 28, 2018); see also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  Our rulings to that effect in Case No. A19D0171 are binding on this appeal as the law of the case.  See *Paradise v. State*, 321 Ga. App. 371, 373 (740 SE2d 238) (2013); *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"); accord *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007) (the dismissal of an application for discretionary appeal acts as res judicata as to the issues raised in the application); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a

ruling on an application for discretionary appeal acts as res judicata in later proceedings). Consequently, there is nothing for this Court to review in the instant appeal, which is hereby DISMISSED. See *Jackson*, 273 Ga. at 320; *Ross*, 310 Ga. App. at 327-328.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*